TO: Clerk's Office
**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 10 2025 ★

LONG ISLAND OFFICE

**APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL**

*****************************

United States

-v.-

Mark Behrje

*****************************

CR25 227
Docket Number

BULSARA, J.

WICKS, M.J.

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

B) If a **new** application, the statute, regulation, or other legal basis that authorizes filing under seal

ongoing criminal investigation; pending arrest

SUBMITTED BY: Plaintiff___ Defendant___ DOJ ✓
Name: Samantha Alessi
Firm Name: USAO - EDNY
Address: 610 Federal Plaza
         Central Islip, NY 11722
Phone Number: 631-715-7894
E-Mail Address: samantha.alessi@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES___ NO ✓
If yes, state description of document to be entered on docket sheet:

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY **NOT** BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED: Central Islip, NEW YORK

7/10/25     /s/ Steven Tiscione

**U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE_____ DATE

**MANDATORY CERTIFICATION OF SERVICE:**
A.)___ A copy of this application either has been or will be promptly served upon all parties to this action, B.)___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or C.) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

July 10, 2025
DATE

[signature]
SIGNATURE